IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KELLEY MAZZEI, et al.,

               Plaintiffs,

v.

REGAL ENTERTAINMENT GROUP, et al.,

               Defendants.

NO. C13-2867 TEH

ORDER TO SHOW CAUSE RE: VENUE

        Plaintiffs allege that venue is proper in this district because "Defendants reside, transact business, or have offices in [San Francisco County] and the acts and omissions alleged herein took place in this county." First Am. Compl. ¶ 4. However, Plaintiff Kelley Mazzei resides in Orange County, California, *id.* ¶ 7, and was employed by Defendants in Irvine, California, *id.* ¶ 31. The only other named plaintiff, Plaintiff Martin Orejel, resides in Los Angeles County, California, *id.* ¶ 8, and was employed by Defendants in Los Angeles, California, *id.* ¶ 32. Thus, it appears that this action should be transferred to the Central District of California, where both named plaintiffs reside and where both named plaintiffs were employed by Defendants.

        Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the parties shall show cause as to why this action should not be transferred to the Central District of California pursuant to 28 U.S.C. § 1404(a). If the parties agree that it would not be an abuse of discretion for the Court to transfer this case, then they shall file a stipulation and proposed order on or before **August 12, 2013**. If they disagree, then they shall file written responses on or before **August 12, 2013,** and may reply to the opposing parties' responses on or before **August 19, 2013.** Unless otherwise ordered, the matter will be heard on **September 9, 2013, at 10:00 AM.**

IT IS FURTHER ORDERED that he August 19, 2013 hearing on Defendants' motion to dismiss or strike is VACATED. The Court will reset the hearing on Defendants' motion if it does not transfer this case.

**IT IS SO ORDERED.**

Dated: 07/29/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT