1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   KELLEY MAZZEI and MARTIN
     OREJEL, individually, and on behalf of
13   other members of the general public
     similarly situated,

14                 Plaintiff,

15           vs.

16
     REGAL ENTERTAINMENT GROUP, a
17   Delaware corporation; REGAL CINEMAS,
     INC., a Tennessee corporation; EDWARDS
18   THEATRES, INC., a Delaware corporation;
     SAN FRANCISCO THEATRES, INC., a
19   California corporation; UNITED
     STONESTOWN CORPORATION, a
20   California corporation; and DOES 1
     through 10, inclusive,

21
                   Defendants.
22

23

|  |  |
|---|---|
| Case No.:  3:13-cv-02867-TEH | |
| CLASS ACTION | |
| [PROPOSED] ORDER RE STIPULATION RE VENUE | |

24

25

26

27

28

ORDER

1 **ORDER**

2     The Court has read and considered the Stipulation Re Venue.

3     **GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED** that:

4     This matter is transferred to the United States District Court for the Central District of

5 California, Southern Division.

6

7     **IT IS SO ORDERED.**

8

9   Dated: _____08/13/2013_____

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER