1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY MAZZEI and MARTIN OREJEL, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>REGAL ENTERTAINMENT GROUP, a Delaware corporation; REGAL CINEMAS, INC., a Tennessee corporation; EDWARDS THEATRES, INC., a Delaware corporation; SAN FRANCISCO THEATRES, INC., a California corporation; UNITED STONESTOWN CORPORATION, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:13-cv-02867-TEH<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION RE VENUE** |

1 **ORDER**

2 The Court has read and considered the Stipulation Re Venue.

3 **GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED** that:

4 This matter is transferred to the United States District Court for the Central District of

5 California, Southern Division.

7 **IT IS SO ORDERED.**

9 Dated: 08/13/2013

The Honorable Thelton E. Henderson
United States District Judge